NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN E. PETERSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7133

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-2433.

---

**ON MOTION**

---

**O R D E R**

Norman E. Peterson moves without opposition for a 60-day extension of time, until January 29, 2013, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

NORMAN PETERSON V. SHINSEKI                                    2

The motion is granted.

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s27